IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







NO. PD-0044-06






JOSHUA THOMPSON, Appellant



v.



THE STATE OF TEXAS






ON DISCRETIONARY REVIEW OF


THE THIRD COURT OF APPEALS


TRAVIS COUNTY






 Womack, J., filed a concurring opinion.



 I join the judgment of the Court and all but Part II. C. of its opinion, which follows a decision
on error preservation in Posey v. State, 906 S.W.2d 57, 62 (Tex. Cr. App. 1998), that I continue to
believe was incorrect. See id., at 66 (Womack, J., concurring).


Filed: June 27, 2007.

Publish.